**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Eric R. Perkins, Esq.
40 West Ridgewood Avenue
Ridgewood, New Jersey 07450
Telephone: 201-445-6722
Facsimile: 201-445-5376
E-Mail:     eperkins@mdmc-law.com
Attorneys for Debtor,
Alan F. Westin

```
-------------------------x  UNITED STATES BANKRUPTCY COURT
In Re:                    :  DISTRICT OF NEW JERSEY
                          :  NEWARK VICINAGE
                          :
ALAN F. WESTIN,           :  Case No.: 08-24050 (RG)
                          :  Chapter 13 Proceeding
           Debtor.        :  Judge: Hon. Rosemary Gambardella
-------------------------x  Hearing: 1/12/2010 at 10:00 a.m.
```

**SUPPLEMENTAL CERTIFICATION OF ERIC R. PERKINS IN SUPPORT OF AN ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

**Eric R. Perkins, Esquire**, hereby certifies as follows:

I am a member of the Firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP (hereinafter "Applicants"), attorneys for Debtor, Alan F. Westin, respectfully shows and represents as follows:

### I. INTRODUCTION

1. Applicants are attorneys at law of the State of New Jersey and are duly admitted to practice before this Court.

2. This Application is made by Applicants for an Order Granting Supplemental Chapter 13 Fees for compensation for professional services rendered for and on behalf of Debtor, Alan F. Westin (hereinafter the "Debtor"). The compensation requested is consistent with the nature and extent of the

1

services rendered, the complexity of the case, and the time and special expertise devoted to the matter.

## II. BACKGROUND

1. On February 27, 2009, Debtor filed a Voluntary Petition for protection under Chapter 13 of the Bankruptcy Code.

2. This Application is made by the Applicants for a first allowance of compensation for professional services rendered for and on behalf of the Debtor for the period June 19, 2009 through September 10, 2009 (the "Period"). In addition, Applicants seek reimbursement for actual and necessary costs and expenses incurred during the Period.

3. Applicants seek an allowance for fees of $3,500.00, the documentation for which is set forth on **Exhibit "A"** attached hereto. Applicants also seek reimbursement in the sum of $150.32, which represents the actual and necessary costs and expenses incurred during the Period. A schedule of disbursements is included in **Exhibit "A."**

## III. APPLICANTS' LEGAL SERVICES AS COUNSEL TO THE DEBTOR

1. This was a highly complex transaction involving obtaining a reverse mortgage, which presented novel issues of law and fact in the context of a confirmed Chapter 13 Plan.

2. A motion was filed to allow Debtor to obtain a reverse mortgage on July 13, 2009.

2

3. On July 15, 2009, Marie-Ann Greenberg, Chapter 13 Standing Trustee, filed an objection to Debtor's Motion to Obtain a Reverse Mortgage.

4. On September 9, 2009, an order was entered allow Debtor to Obtain a Reverse Mortgage for Real Property located at 1100 Trafalgar Street, Teaneck, New Jersey.

5. On October 23, 2009, Debtor's counsel filed an Application allowing Debtor to close on the Reverse Mortgage.

6. On November 17, 2009, an Order was entered by the Court allowing Debtor to close on the Reverse Mortgage.

7. The total amount of fees far exceeds the amount being sought herein. Your Applicant is limiting its application for fees for services rendered to $3,500.00 plus disbursements. Given the unusual nature of this matter, it is respectfully submitted that the fees sought are fair and reasonable.

## IV. DISBURSEMENTS

1. Applicants further show that included in **Exhibit "A"** is a statement of out-of-pocket disbursements expended by Applicants. Said disbursements do not include costs of regular mail and local telephone calls that Applicants consider to be part of normal office overhead.

## V. CONCLUSION

Based upon the foregoing, Applicants respectfully request that they be awarded compensation for professional services

3

rendered in the Chapter 13 Proceeding in the amount of $3,500.00, plus reimbursement of out-of-pocket expenses in the amount of $150.32.

I certify under penalty of perjury that the foregoing is true and correct.

                                       **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
                                       Attorneys for Debtor,
                                       Alan F. Westin

                  BY:   /s/Eric R. Perkins
                         ERIC R. PERKINS, ESQ.

Dated:  December 10, 2009

4

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE:1
RUN DATE: October 13, 2009  REF: 641223

CLIENT - MATTER   W0435 Alan F Westin
1001 Alan F. Westin Post Petition Chapter 13

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 08/17/09 | Meet and confer with E. Perkins regarding settlement with Chapter 13 Trustee re: application for reverse mortgage. | 0.30 | 57.00 | 924 AAC |
| 08/17/09 | Review, analyze and respond to email from E. Perkins regarding hearing on motion for reverse mortgage. | 0.20 | 38.00 | 924 AAC |
| 08/21/09 | Review and analyze notice of electronic filing from U.S. Bankruptcy Court regarding notice of transfer of claim from American Express Travel to LVNV Funding. | 0.20 | 38.00 | 924 AAC |
| 08/28/09 | Review, analyze and respond to email from E. Perkins regarding counter-proposal to Chapter 13 Trustee. | 0.20 | 38.00 | 924 AAC |
| 09/01/09 | Draft email to E. Perkins regarding status of hearing on motion for reverse mortgage. | 0.30 | 57.00 | 924 AAC |
| | TOTAL | 1.20 | 228.00 | |
| | TOTAL Case Administration | 1.20 | 228.00 | |
| Litigation | | | | |
| 07/07/09 | Conference with A. Cimino regarding reverse mortgage issue. | 0.20 | 85.00 | 661 JB |
| | TOTAL | 0.20 | 85.00 | |
| 06/19/09 | Review and analyze email from E. Perkins and attachments from Alan Westin regarding preparing an emergent 363 motion to refinance property. | 0.50 | 95.00 | 924 AAC |
| 06/24/09 | Review and analyze reversed mortgage document in preparation of 363 motion. | 0.70 | 133.00 | 924 AAC |
| 06/29/09 | Review and analyze e-mail from E. Perkins re: 363 motion. | 0.20 | 38.00 | 924 AAC |
| 06/29/09 | Review and analyze e-mail from E. Perkins to A. Westin re: status of 363 motion. | 0.20 | 38.00 | 924 AAC |
| 06/30/09 | Begin drafting 363 motion for reverse mortgage in re: Westin Chapter 13 proceeding. | 3.00 | 570.00 | 924 AAC |
| 07/01/09 | Begin drafting motion for reverse mortgage. | 1.80 | 342.00 | 924 AAC |
| 07/01/09 | Review and analyze documents in support of motion for reverse mortgage. | 1.00 | 190.00 | 924 AAC |
| 07/06/09 | Review, analyze and respond to email from E. Perkins regarding status of motion for reverse mortgage. | 0.20 | 38.00 | 924 AAC |
| 07/07/09 | Research case law for reverse mortgage in Chapter 13 bankruptcy petition in preparation of motion to reverse mortgage. | 2.30 | 437.00 | 924 AAC |
| 07/07/09 | Draft notice of motion for reverse mortgage; draft application in support of motion for reverse mortgage; draft proposed order; draft certificate of service. | 6.40 | 1216.00 | 924 AAC |
| 07/07/09 | Draft email to E. Perkins regarding factual background for motion for reverse mortgage in Westin Chapter 13. | 0.30 | 57.00 | 924 AAC |
| 07/07/09 | Review, analyze email from E. Perkins regarding no bidding procedures for reverse mortgage. | 0.20 | 38.00 | 924 AAC |
| 07/08/09 | Continue drafting notice of motion for reverse mortgage; application in support of reverse mortgage; certificate of service and proposed order. | 8.30 | 1577.00 | 924 AAC |
| 07/08/09 | Telephone conference with A. Westin regarding facts supporting motion for reverse mortgage. | 0.50 | 95.00 | 924 AAC |
| 07/08/09 | Draft email to E. Perkins regarding supporting facts for motion for reverse mortgage. | 0.20 | 38.00 | 924 AAC |
| 07/08/09 | Draft email to E. Perkins regarding additional facts to substantiate | 0.30 | 57.00 | 924 AAC |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  
RUN DATE: October 13, 2009

PAGE: 2  
REF: 641223

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| | application for reverse mortgage. | | | |
| 07/08/09 | Review and analyze email from E. Perkins regarding contacting Dr. Westin for additional facts. | 0.20 | 38.00 | 924 AAC |
| 07/09/09 | Review and analyze case law regarding criteria for change circumstances in support of motion for reverse mortgage. | 0.70 | 133.00 | 924 AAC |
| 07/09/09 | Revise application in support of motion for reverse mortgage. | 4.80 | 912.00 | 924 AAC |
| 07/09/09 | Review and analyze email from A. Westin regarding curriculum vitae in support of motion for reverse mortgage. | 0.30 | 57.00 | 924 AAC |
| 07/09/09 | Review and analyze bio of A. Westin in support of motion for reverse mortgage. | 0.30 | 57.00 | 924 AAC |
| 07/10/09 | Finalize motion for reverse mortgage and all supporting documents for filing with U.S. Bankruptcy Court. | 5.20 | 988.00 | 924 AAC |
| 07/10/09 | Draft email to E. Perkins regarding final draft of Debtor's motion for reverse mortgage. | 0.20 | 38.00 | 924 AAC |
| 07/11/09 | Review, analyze and respond to email from E. Perkins regarding potential objection by Trustee to Debtor's motion for reverse mortgage. | 0.20 | 38.00 | 924 AAC |
| 07/13/09 | Review and analyze schedule of Judge Gambardella's motion days in preparation of filing motion for reverse mortgage. | 0.30 | 57.00 | 924 AAC |
| 07/13/09 | Finalize list of creditors for certification of service of motion for reverse mortgage. | 0.40 | 76.00 | 924 AAC |
| 07/14/09 | Review and analyze notice of electronic filing from U.S. Bankruptcy Court regarding filing of motion for reverse mortgage and certificate of service. | 0.20 | 38.00 | 924 AAC |
| 07/14/09 | Review and analyze email to A. Westin with all documents relating to motion for reverse mortgage attached. | 0.10 | 19.00 | 924 AAC |
| 07/15/09 | Review and analyze notice of electronic filing from U.S. Bankruptcy Court regarding Trustee's objection to Debtor's motion for reverse mortgage. | 0.20 | 38.00 | 924 AAC |
| 07/16/09 | Review and analyze Trustee's opposition to Debtor's motion for reverse mortgage. | 0.30 | 57.00 | 924 AAC |
| 07/20/09 | Review and analyze objection to motion for reverse mortgage in preparation of status email to E. Perkins. | 0.20 | 38.00 | 924 AAC |
| 07/20/09 | Draft status email to E. Perkins regarding Trustee's objection to motion for reverse mortgage. | 0.20 | 38.00 | 924 AAC |
| 07/20/09 | Telephone call from A. Westin regarding status of Trustee's objection to motion for reverse mortgage. | 0.10 | 19.00 | 924 AAC |
| 07/21/09 | Conference call with E. Perkins regarding Debtor's Response to Trustee's objection to Debtor's motion for reverse mortgage. | 0.40 | 76.00 | 924 AAC |
| 07/21/09 | Review and analyze notice of electronic filing from U.S. Bankruptcy Court rescheduling hearing date on motion for reverse mortgage to August 17. | 0.20 | 38.00 | 924 AAC |
| 07/22/09 | Review, analyze and respond to email from E. Perkins regarding possible resolution re: motion for reverse mortgage. | 0.10 | 19.00 | 924 AAC |
| 07/28/09 | Review, analyze and respond to email from E. Perkins regarding status of Agreement with Chapter 13 Trustee for reverse mortgage. | 0.20 | 38.00 | 924 AAC |
| 07/31/09 | Review, analyze and respond to e-mail from R. Pellecchia regarding letter to Judge Gambardella requesting adjournment of hearing on debtor's motion to obtain a reverse mortgage. | 0.20 | 38.00 | 924 AAC |
| 07/31/09 | Review and analyze notice of electronic filing from U.S. Bankruptcy Court regarding order granting debtor's request to adjourn hearing on debtor's motion for a reverse mortgage. | 0.20 | 38.00 | 924 AAC |
| 08/03/09 | Review and analyze notice of electronic filing from U.S. Bankruptcy Court regarding adjournment of hearing date on | 0.20 | 38.00 | 924 AAC |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE: 3
RUN DATE: October 13, 2009  REF: 641223

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| | debtor's motion for reverse mortgage. | | | |
| 08/31/09 | Meet and confer with E. Perkins in preparation of hearing on motion for reverse mortgage. | 0.30 | 57.00 | 924 AAC |
| 08/31/09 | Draft consent order regarding motion for reverse mortgage. | 0.70 | 133.00 | 924 AAC |
| 08/31/09 | Review and analyze documents in preparation of oral argument for reverse mortgage. | 1.00 | 190.00 | 924 AAC |
| 08/31/09 | Review and analyze several emails from E. Perkins regarding revisions to consent order and additional information in support of application for reverse mortgage. | 0.50 | 95.00 | 924 AAC |
| 09/01/09 | Appear and argue motion for reverse mortgage. | 1.00 | 190.00 | 924 AAC |
| 09/01/09 | Review and analyze notice of electronic filing from U.S. Bankruptcy Court regarding hearing on motion for reverse mortgage. | 0.20 | 38.00 | 924 AAC |
| 09/02/09 | Modify Consent Order pursuant to Court's order regarding application for reverse mortgage. | 0.60 | 114.00 | 924 AAC |
| 09/02/09 | Draft email to E. Perkins re: form of proposed order for reverse mortgage. | 0.20 | 38.00 | 924 AAC |
| 09/02/09 | Draft email to Mary Marie-Ann Greenberg re: proposed order for reversed mortgage. | 0.30 | 57.00 | 924 AAC |
| 09/02/09 | Draft email with proposed Consent Order for reverse mortgage attached to Chambers of Judge Gambardella. | 0.20 | 38.00 | 924 AAC |
| 09/02/09 | Review, analyze and respond to email from E. Perkins regarding form of proposed order for reverse mortgage. | 0.30 | 57.00 | 924 AAC |
| 09/02/09 | Review and analyze revisions to proposed order for reversed mortgage from Marie Ann-Greenberg regarding unsecured creditors. | 0.30 | 57.00 | 924 AAC |
| 09/04/09 | Telephone call to Chambers of Judge Gambardella regarding procedure for submission of Consent Order regarding application for reverse mortgage. | 0.30 | 57.00 | 924 AAC |
| 09/10/09 | Review and analyze Order from U.S. Bankruptcy Court granting Debtor's motion to obtain reverse mortgage. | 0.30 | 57.00 | 924 AAC |
| | TOTAL | 47.70 | 9,063.00 | |
| | TOTAL Litigation | 47.90 | 9,148.00 | |

Other (Explain)

| | | | | |
|---|---|---|---|---|
| 07/21/09 | Phone call with client concerning Trustee's objection and preparation of reply to objection. | 0.50 | 212.50 | 1333 ERP |
| 07/31/09 | Phone call with Chapter 13 Trustee, Marie Anne Greenberg regarding settlement on reverse mortgage motion | 0.20 | 85.00 | 1333 ERP |
| 07/31/09 | Phone call with client regarding conversation with chapter 13 Trustee and request for updated explanation of what funds will be used for. | 0.20 | 85.00 | 1333 ERP |
| 07/31/09 | Request and obtain adjournment from Court and confirm same in writing. | 0.20 | 85.00 | 1333 ERP |
| 08/06/09 | Review reverse mortgage analysis and client's explanation of his needs; e-mail client requesting budget and projections for the upcoming year. | 1.00 | 425.00 | 1333 ERP |
| 08/17/09 | Review revised budget and outline of what/how money is being spent from reverse mortgage. | 0.20 | 85.00 | 1333 ERP |
| 08/17/09 | Phone call with client regarding revised budget and presentation to Chapter 13 Trustee. | 0.10 | 42.50 | 1333 ERP |
| 08/21/09 | Correspondence to Chapter 13 Trustee concerning reverse mortgage disposition of assets. | 0.30 | 127.50 | 1333 ERP |
| 08/24/09 | Review/revise letter to chapter 13 trustee regarding reverse | 0.20 | 85.00 | 1333 ERP |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE: 4
RUN DATE: October 13, 2009  REF: 641223

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| | mortgage and payments due thereunder - transmit to client for input. | | | |
| 08/28/09 | Exchange e-mails with client and trustee to resolve outstanding motion seeking to approve reverse motion. | 0.20 | 85.00 | 1333 ERP |
| 08/31/09 | Finalize agreement on reverse mortgage with Chapter 13 trustee; prepare for oral argument. | 1.00 | 425.00 | 1333 ERP |
| | TOTAL | 4.10 | 1,742.50 | |
| 07/08/09 | Located all cases where a Chapter 13 debtor, post-confirmation, was permitted to enter a reverse mortgage. | 2.00 | 250.00 | 1350 ANH |
| | TOTAL | 2.00 | 250.00 | |
| | TOTAL Other (Explain) | 6.10 | 1,992.50 | |
| **Travel Time** | | | | |
| 09/01/09 | Travel to and from U.S. Bankruptcy Court, District Court of New Jersey for hearing on motion for reverse mortgage. | 0.80 | 152.00 | 924 AAC |
| | TOTAL | 0.80 | 152.00 | |
| | TOTAL Travel Time | 0.80 | 152.00 | |
| | **TOTAL HOURS:** | **56.00** | | |

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|---|
| 09/01/09 | Alyssa A Cimino; 9/1/2009 attend hearing on motion to reverse mortgage | 11.00 | |
| | TOTAL Auto Expense | | 11.00 |
| 07/13/09 | Copy; A3, 2 Page(s) | 0.40 | |
| 08/03/09 | Copy; Lg, 16 Page(s) | 3.20 | |
| | TOTAL Photocopies | | 3.60 |
| 07/13/09 | Postage | 8.28 | |
| | TOTAL Postage | | 8.28 |
| 07/14/09 | Telephone charge 973-928-1100 | 0.30 | |
| | TOTAL Telephone Calls | | 0.30 |
| 07/07/09 | WESTLAW: User: CIMINO,ALYSSA A, ID= 924; Date: 07-07-2009 | 30.56 | |
| 07/09/09 | WESTLAW: User: CIMINO,ALYSSA A, ID= 924; Date: 07-09-2009 | 96.58 | |
| | TOTAL Westlaw | | 127.14 |
| | TOTAL DISBURSEMENTS VALUE | | 150.32 |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION  PAGE: 5
RUN DATE: October 13, 2009  REF: 641223

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| ERP | 4.10 | 425.00 | 1,742.50 |
| JB | 0.20 | 425.00 | 85.00 |
| AAC | 49.70 | 190.00 | 9,443.00 |
| ANH | 2.00 | 125.00 | 250.00 |

| Task | Hours | Amount |
|---|---|---|
| D24 - Case Administration | 1.20 | 228.00 |
| D30 - Litigation | 47.90 | 9148.00 |
| D43 - Other (Explain) | 6.10 | 1992.50 |
| D50 - Travel Time | 0.80 | 152.00 |

| Disbursement Code | Amount |
|---|---|
| 03 - Auto Expense | 11.00 |
| 07 - Photocopies | 3.60 |
| 08 - Postage | 8.28 |
| 12 - Telephone Calls | 0.30 |
| WEST - Westlaw | 127.14 |

|  |  |
|---|---|
| TOTAL FEES | 11,520.50 |
| TOTAL DISB | 150.32 |
| **TOTAL BALANCE DUE** | 11,670.82 |